```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
Early-King,

                         Plaintiff,

         -against-                              18 Civ. 142 (DAB)

                                                ORDER
United States of America,

                         Defendant.
--------------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Defendant's Letter, dated December 4, 2019 (ECF No. 30.)

Proposed Requests to Charge and Proposed <u>Voir Dire</u> shall be submitted to the Court by <u>February 10, 2020</u>. A Joint Pre-trial Statement ("JPTS") shall be submitted by <u>February 10, 2020</u>. The JPTS shall conform to the Court's Individual Practices and Supplemental Trial Procedure Rules. Memoranda of Law addressing those issues raised in the JPTS shall be submitted by <u>February 10, 2020</u>.

Responses to the Memoranda shall be submitted by <u>March 9, 2020</u>. There shall be no replies.

Proposed Findings of Fact and Conclusions of Law shall be submitted in accordance with the Court's directions. Once all papers have been submitted, a final pre-trial conference will be held which shall be attended by trial counsel.

SO ORDERED.

DATED: December 12, 2019
New York, NY

_Deborah A. Batts_
Deborah A. Batts
United States District Judge