

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2020

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 5, 2020

**By ECF**
The Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
10/06/2020

Re:   *Debra Early-King v. United States*, 18 Civ. 142 (KHP)

Dear Judge Parker,

This Office represents the United States, the defendant in the above-referenced Federal Tort Claims Act case in which trial is set to begin on November 16, 2020. Although the Government was not intending to file any motions *in limine*, which are due today, Plaintiff made a production of a selection of photographs for the first time in this matter on Friday afternoon that may necessitate motion practice. The parties are conferring about a possible resolution to a dispute over these photographs. To allow additional time for negotiation of a resolution, the Government respectfully requests a one week extension of the motions *in limine* filing deadlines. Plaintiff consents to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:     /s/ Stephen Cha-Kim
STEPHEN CHA-KIM
JENNIFER JUDE
Assistant United States Attorneys
(212) 637-2768, -2663
stephen.cha-kim@usdoj.gov
jennifer.jude@usdoj.gov