```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEBRA EARLY-KING,

                          Plaintiff,                                    ORDER

       -against-                                                        18-CV-142 (KHP)

UNITED STATES OF AMERICA,

                          Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties are hereby ordered to file a joint status letter by **Tuesday, December 15, 2020**. The parties are to include a status update regarding settlement negotiations and any other matters they wish to bring to the Court's attention.

    SO ORDERED.

Dated: New York, New York
         December 15, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge