```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEBRA EARLY-KING,

                Plaintiff,    **ORDER**

  -against-    18-CV-142 (KHP)

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court hereby notifies the parties that only post-trial briefing will be done in this case—no pre-trial brief will be allowed. However, this Order does not affect the January 12, 2021 deadline for the Joint Pretrial Order or its contents per the Court's Individual Rules of Practice. In light of the continuing COVID-19 pandemic, the Court requests that the parties discuss the feasibility of a remote trial and the best platform for a remote trial (e.g. Zoom, Microsoft Teams) and be prepared to discuss same at the upcoming pre-trial conference.

**SO ORDERED.**

Dated: New York, New York
       January 5, 2021

                                             _____
                                             KATHARINE H. PARKER
                                             United States Magistrate Judge