```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DEBRA EARLY-KING,

                Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                Defendant.
-------------------------------------------------------------------X

**ORDER**

**18-CV-142 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 8, 2021 the parties represented to the Court that they had reached a settlement in this matter and requested an adjournment of all dates and deadlines. (ECF No. 52.) The Court granted the parties' request. (ECF No. 53.) As such, it is hereby ordered that this action will be dismissed without costs (including attorneys' fees) to either party on **Friday, March 5, 2021**, unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed must be filed on or before **Friday, March 5, 2021**; any request filed thereafter may be denied solely on that basis.

    SO ORDERED.

Dated: New York, New York
       January 5, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge